IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL ~ 1 2015

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

Johnny Ray Chandler, Sr. _____, Plaintiff,

v.

Federal Bureau of Prisons,

Mr. G. Santini, M.D. ____,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

---

**PRISONER COMPLAINT**

---

(Rev. 1/30/07)

## A. PARTIES

1. Johnny Roy Chandler # 11977-307
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   P.O. Box 8500, Florence, Co. 81226 - 8500

2. Federal Bureau of Prisons
   (Name, title, and address of first defendant)
   320 First Street, N.W., Wash, D.C. 20534

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes X No (CHECK ONE). Briefly explain your answer:

They were acting under color of Federal Law.

3. Mr. G. Santini     5880 Hwy. 67 South Florence Co. 81226
   (Name, title, and address of second defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes X No (CHECK ONE). Briefly explain your answer:

Acting under color of Federal law.

4. _____
   (Name, title, and address of third defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes __ No (CHECK ONE). Briefly explain your answer:

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                          2

## B. JURISDICTION

1.  I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

    ___    28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    X      28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2.  I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    Diversity of Citizenship

## C. NATURE OF THE CASE

BRIEFLY state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

In this First Claim, I am in imminent danger of Serious physical injury. I am a 62 yr. old Blackman. This Complaint Claim is against the F.B.O.P. For Negligence, in the performance of its duty, Plus Cruel and Unusual Punishment, under the Eighth Amendment. Plus, Deliberate Indifference. I am suffering with serious Nerve damage. To both my Left and Right hands. I have reason to believe that this injury is a direct result of being placed in Ambletory Restraints. Which is used as a form of discipline. By the F.B.O.P. When I was in Restraints at USP Lewisburg. The Restraints were so tight on my wrist. Until it cut of the circulation of my blood in both hands. Now, I am at the A.D.X. (Maximum Security facility. Ever since March of 2015 I have been requesting to be seen examined, tested and Treated by

Continued on the next page.

Complaint
Continued

Johnny Chandler, Sr.
#11977-007

a Lisienced Neurologist; To no avail. I made those Request to the Clinical Director, Dr. G. Santini, M.D. (Alleged). I was never tested or treated. On May 25, 2015, I attempted to sign up for Sick-Call to be seen and tested by a Neurologist. I spoke with the P.A. Mr. A. Osagie, P.A) M.L.P. I asked to be examined by the Neurologist. Mr. Osagie told me that they do not have a Neurologist here at ADX,

The defendant, Dr. G. Santini, M.D. knew when I spoke with him about my need to see a Neurologist. He knew then that there was no Neurologist here at A.D.X. But in order to make me suffer he said OK." I will tell him you need to be seen. Which is also Cruel and Unusual Punishment.

Also, in this Case I request to have a Trial.

Also, I requested the Nerve Medication "Gabapentin, 600 MG. That also was to no avail.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1.  Claim One: _____

    Supporting Facts:

    Per the Standards of Convicts. The B.O.P.
    is support to provide Treatment for all type of
    medical conditions. or Send the inmate to an
    outside hospital to receive the required Treatment

2. Claim Two: <u>Dr. G. Santini, M.D.</u>

   Supporting Facts:

This claim is also for Cruel and Unusual Punishment Also, in this claim. I am in imminent danger of serious physical injury. I am being denied medical treatment. I sent medical Request to the defendents. To be sent to the hospital to receive a colonosphusy (Test for colon cancer). To no avail, Cancer is one of the main causes of death in this country.

3. Claim Three: ___F.B.O.P___

Supporting Facts: This claim is against the F.B.O.P For violation of my freedom of Religion. I am a Sunni Muslim. As a Sunni. I am required to attend Juma Prayer every Friday. On May 25, 2015 I sent a Request to the captain for permission to attend Juma Prayer on Friday. In response I received the attached response (See Exhibit - A). So I am being denied my Right of Freedom of Religion. Under the First Amendment.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:

    U.S. Parole Commission,

2. Docket number and court name:

    D.C. U.S. Dist. court
    06-cv.-2669- P.L.F.

3. Claims raised in prior lawsuit:

    Due Process violation

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

    I won

5. If the prior lawsuit was dismissed, when was it dismissed and why?

6. Result(s) of any appeal in the prior lawsuit:

    None

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

    X Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? X Yes X No (CHECK ONE).

## G. REQUEST FOR RELIEF

State the relief you are requesting.  If you need more space to complete this section, use extra
paper.  The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

Claim # One

$ 175,000.00 from the F.D.O.P. for Cruel and unusual
punishment. Plus Injunction Relief! I be sent to be tested
by a neurologist. Plus the New med. Gebapentin, 600mg.
ordered.

Claim # 2

$ 175,000.00 from G. Santini. Plus, It be ordered that I
be taken to the hospital for a colonosphusy.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. §
1746; 18 U.S.C. § 1621.

Executed on    6 - 10 - 2015
_____
(Date)

Johnny Ray Chandler, Sr.
_____
(Prisoner's)Original Signature)

Exhibit - A

## A NOTE FROM THE CHAPLAINS OFFICE
June 1, 2015

Religious Services has received your cop out you sent to the Complex Captain.  According to
FCC 5360.09D, Congregate religious services are not authorized at the ADX.  Group prayer is
not authorized.  Your request can not be granted.


                                                    Counselor Knox
                                                    Religious Services