IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01399-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)


JOHNNY RAY CHANDLER, SR.,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, and
DR. G. SANTINI,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff Johnny Ray Chandler, Sr., is a prisoner in the custody of the Federal

Bureau of Prisons who currently is incarcerated at ADX in Florence, Colorado.  On July

1, 2015, Plaintiff, acting *pro se*, initiated this action by filing a Prisoner Complaint and a

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has

determined that the submitted documents are deficient as described in this Order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims in this

Court in this action.  Any papers that Plaintiff files in response to this Order must include

the civil action number noted above in the caption of this Order.

The Court also notes that Plaintiff is subject to filing restrictions pursuant to 28

U.S.C. § 1915(g).  *See Chandler v. Pigos, et al.*, No. 14-cv-01723-CCC-EC (M.D. Pa.

Oct. 23, 2014).

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  \_\_   is not submitted
(2)  \_\_   is missing affidavit
(3)  \_\_   is not on proper form (Must use Court-approved form revised 10-1-12)
(4)  X    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5)  \_\_   is missing certificate showing current balance in prison account
(6)  \_\_   is missing authorization to calculate and disburse filing fee payments
(7)  \_\_   is missing an original signature by the prisoner
(8)  \_\_   other:

**Complaint, Petition or Application**:

(9)   \_\_   is not submitted
(10)  \_\_   is not on proper form (must use the Court's current form)
(11)  \_\_   is missing an original signature by the prisoner
(12)  \_\_   is missing page nos. \_\_\_
(13)  \_\_   uses et al. instead of listing all parties in caption
(14)  \_\_   names in caption do not match names in text
(15)  \_\_   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days** from the date of this Order.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED:  July 2, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge